IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KRISTIE L. LAMBERT                                                                         PLAINTIFF

v.                                            CIVIL NO. 22-3036

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                      DEFENDANT

## JUDGMENT

On June 28, 2022, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security denying her application for disability benefits under the provisions of the Social Security Act. (ECF No. 2). On December 6, 2022, Plaintiff filed a motion requesting that her case be dismissed. (ECF No. 15).

Based on the foregoing, the Court hereby grants Plaintiff's motion and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 12th day of December 2022.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE